IN THE UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 24-CR-507(RBW) |
| Plaintiff | : | |
| VS | : | <u>ORDER</u> |
| PATRICK DUFFY | : | |
| Defendant | : | |

The Court finds the ends of justice is served by the granting of a continuance outweigh the best of the public and the defendant in a speedy trial, 18 U.S.C.§3161(h)(7)(A).

Accordingly, the below signatures reflect that the defendant has waived rights to a speedy trial pursuant to the Speedy Trial Act of 1974 (hereinafter "the Act") from 12/10/24-12/20/24.

The defendant further represents he has discussed his rights under the Act with his attorney and specifically waives any and all such rights.

The Attorney for defendant represents that counsel has discussed the defendant's rights under the Act with the defendant, is satisfied that the defendant understands said rights, and concurs with the decision of the defendant to waive said rights.

_____  
Defendant

_____  
Attorney for Defendant

IT IS SO ORDERED.

Dated: December ____, 2024

_____  
UNITED STATES DISTRICT JUDGE  
HONORABLE REGGIE B. WALTON