IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: ~~24-mj-00083~~ 1:24-cr-507 |
| v. | |
| **PATRICK DUFFY,** | |
| Defendant. | **VIOLATIONS:**<br>18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)<br>18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building)<br>40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building) |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Patrick Duffy (the "Defendant"), with the concurrence of his attorney, agree and stipulate to the below factual basis for the Defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Defendant traveled from Cleveland, Ohio to Washington D.C. on January 5, 2021 to attend the "Stop the Steal" rally with one of his friends.

9. Defendant and his friend went to the White House Ellipse to listen to former President Trump's speech. At the end of the speech, Defendant and his friend walked to the Capitol

building with a media personality. As Defendant walked towards the Capitol, he cheered in response to the media personality's remark, "This is history . . . We are not surrendering."

10. Defendant made his way to the east side of the Capitol building. When Defendant arrived on the east side of the Capitol, Defendant saw a large crowd standing on the Capitol steps and cheering loudly.

11. Defendant climbed the Capitol steps and moved through the crowd to position himself near the Columbus Doors. Defendant saw the Columbus Doors open and heard alarms blaring from the doorway. The windows on the Columbus Doors had been shattered. From his position approximately 15 feet away from the Columbus Doors, Defendant saw that a small group of outnumbered officers were attempting to stop rioters from entering the Capitol. Defendant saw rioters assault the officers with aerosol spray, thrown objects, and fists. Defendant heard the crowd chanting "Stop the steal"; "Whose house, our house"; "open the door"; push through"; and "USA."

12. Inches from the Defendant, other rioters took a shield from a law enforcement officer.

13. Defendant then pushed his way into the building with the mob at approximately 2:45 PM. After entering the Capitol building, Defendant walked straight ahead into the Rotunda. Defendant attempted to walk further into the building, but he encountered a line of law enforcement officers. The line of law enforcement deployed crowd control measures, i.e., sprayed a lachrymatory agent, to repel the crowd.

14. Defendant reversed course in response to the lachrymatory agent. Defendant walked downstairs to the first level of the Capitol building and exited through a broken window adjacent to the Senate Wing Doors on the west side of the Capitol building at approximately 2:56 PM. He remained on the west side of the Capitol building until law enforcement officers, some

dressed in riot gear, formed a line on one side of the west plaza and began a coordinated push to remove rioters from the west plaza and Capitol grounds. Defendant did not engage the police and left Capitol grounds in response.

### *Elements of the Offense*

15. The parties agree that the offense of Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

    a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds;

    b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress;

    c. Third, the defendant acted willfully and knowingly.

16. The parties agree that the offense of Parading, Demonstrating, or Picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

    a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    b. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

17. Defendant knowingly and voluntarily admits to the elements as set forth above. Specifically, Duffy admits that he engaged in disorderly or disruptive conduct inside the U.S. Capitol Building and that he engaged in such actions with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

18.     Defendant also admits that he willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so, and that while inside the Capitol, he willfully and knowingly paraded, demonstrated, or picketed.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

    By:/*s/ Taylor L. Fontan*
    Taylor L. Fontan,
    IN Bar No. 35690-53
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20001
    Phone: (202) 815-8597
    Email: Taylor.fontan@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Patrick Duffy, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/12/24

_____
Patrick Duffy
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/12/24

_____
Nancy Jamieson
Attorney for Defendant