UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Criminal Action No. 24-507 (RBW) |
| PATRICK DUFFY, | )<br>)<br>) |
| Defendant. | )<br>) |

ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 41, it is hereby

**ORDERED** that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 41, is **GRANTED**.[1] It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 23rd day of January, 2025.

REGGIE B. WALTON
United States District Judge

---

[1] The government is dismissing this case based on the issuance of the President's Pardon, that was issued despite the government's earlier allegations that the defendant committed the following acts, which the defendant acknowledged when he pleaded guilty on December 20, 2024, to Disorderly and Disruptive Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D) and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). The Statement of Offense, ECF No. 39, which the defendant has acknowledged as true and accurate, is included as an attachment to this Order.